IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3221 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANGELIA M. ORTH, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's oral request for hearing on Rule 35(b) motion is granted;

(2)   A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 61) has been set before the undersigned United States district judge at 8:30 a.m., Tuesday, October 25, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. **The United States Marshal is directed to return the defendant to the district for the hearing.**

September 14, 2005.               BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge